**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONNA RAE LONG,** | : | **CIVIL ACTION** |
| | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **No. 17-3329** |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| **ACTING COMM'R OF THE SOCIAL** | : | |
| **SECURITY ADMINISTRATION,** | : | |
| | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this 13th day of November, 2018, upon consideration of Plaintiff's request for review (Doc. No. 16) and Defendant's response thereto (Doc. No. 16), and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 25), and there being no objections, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**; and

3. The matter is remanded to the Commissioner for award of benefits as of September 30, 2014.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**